[No. 31447-5-I.   Division One.   April 19, 1993.]

LINDA K. PRUD'HOMME, *Appellant*, v. ROBERT BROCK SEELBACH, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-00747-1, John F. Wilson, J., entered September 9, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 30029-6-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN ALEXANDER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03186-6, Anthony P. Wartnik, J., entered February 4, 1993. *Dismissed* by unpublished per curiam opinion.

[No. 29163-7-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS PARRA CARDENAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01654-9, Sally Pasette, J., entered July 31, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 28548-3-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOPLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00023-5, Liem E. Tuai, J., entered May 29, 1991. *Dismissed* by unpublished per curiam opinion.